UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

        JMMJ DEVELOPMENT LLC,

                              Debtor.

Case No. 25-10191-1

Chapter 11

---

### **DECLARATION OF JOSEPH MELINO PURSUANT TO LOCAL BANKRUPTCY RULE 2015-2**

I, JOSEPH MELINO, declare, pursuant to 28 U.S.C. § 1746, that:

- I am the Managing Member of JMMJ Development LLC ("Debtor"), the Debtor and debtor-in possession in the above-captioned bankruptcy case filed under chapter 11 of title 11 of the United States Code. I submit this declaration in compliance with Rule 2015-2 of the Local Bankruptcy Rules for the Northern District of New York.

- JMMJ is engaged in the business of developing real property located in the Town of Greenport, in Columbia County, New York. I personally have over 40 years of experience in real estate development.

- The Debtor's assets consist of approximately 35 acres of land it plans to develop, and which is valued at approximately $6,600,000.00 in its current state. None of the Debtor's assets are in the possession or custody of any other entity other than the Debtor.

- The Bank of Greene County (the "Bank") commenced a foreclosure action against JMMJ's property, which consists of approximately 35 acres. A foreclosure sale was scheduled by the Bank to be conducted on February 26, 2025.

- The Debtor has secured liabilities of approximately One Million Dollars ($1,000,000), to be set forth in Schedule D of the Petition.

- The Debtor has unsecured liabilities in the aggregate amount of approximately One Hundred Thousand Dollars ($100,000), to be set forth in Schedule E/F of the Petition.

- The Debtor has no employees.

- Because the Debtor is not currently operating, it expects neither cash receipts nor disbursements, and only de minimus accrued but unpaid obligations, other than professional fees, to be incurred in the 30-day period following the filing of the Petition.

- The Debtor's books and records are held and maintained by the undersigned.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 7, 2025

_____
Joseph Melino