UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

JMMJ DEVELOPMENT, LLC,

Debtor.

Case Number: 25-10191-1
Chapter 11

---

### DECLARATION IN OPPOSITION TO MOTIONS TO DISMISS

Joseph Melino, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that:

1.    I am the managing member of JMMJ Development LLC (hereinafter "Debtor" or "JMMJ"). This declaration is submitted, in opposition to the motion filed by the Bank of Greene County (hereinafter "Bank") [Doc 106] and in opposition to the motion filed by the Trustee [Doc 93], which request that this bankruptcy case be dismissed, along with such other and further relief as to the court may seem just and proper. This declaration is based upon my personal knowledge of the facts set forth herein and upon the business records, which are regularly kept in the ordinary course of Debtor's business and which are under my direct control and supervision.

2.    The value of the Debtor's Properties significantly exceeds the amount owed to the Bank. As set forth in my previous affidavit filed with this court [Doc 99], I am currently negotiating with two different developers who want to purchase and develop the Properties, and a proposed site plan has been developed by a design professional who is duly licensed to practice in the State of New York. The proposed site plan has been discussed with the Town of Greenport, most recently at a Planning Board meeting on June 1, 2026.

1

4906-5796-5236, v. 3

3.     The real estate broker, who was approved by this Court, has recently recommended to me that the listing prices should be reduced, as explained in the accompanying declaration sworn to by David Birch, and I have agreed to the recommended reductions. My broker and I are confident that such reductions will result in the sale of the Properties, in the event that my negotiations with the aforementioned developers are not successful.

4.     Debtor has been continuing to make adequate protection payments to the Bank, in compliance with this Court's Order [Doc 63]. I will continue to make adequate protection payments to the Bank, in the event that this Court denies the motions; I will also pay the delinquent quarterly fees that are owed to the Trustee.

5.     I am 81 years old and need to realize the equity that exists in the Properties. Accordingly, I hereby respectfully request that the motions to dismiss be denied. In the alternative, I respectfully request that if the case is dismissed that it not be with prejudice, so that I am not precluded from requesting Your Honor to consider whether relief in the future might be appropriate.

2

WHEREFORE, Debtor respectfully requests an Order denying the motions to dismiss, or in the alternative that Debtor's bankruptcy case not be dismissed with prejudice, along with such other and further relief as to this Court may seem just and proper.

Dated: June 11, 2026

_____
Joseph Melino

3