UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

In re:

JMMJ DEVELOPMENT LLC,

Case Number: 25-10191-1
Chapter 11

Debtor.

### DECLARATION IN OPPOSITION TO BANK OF GREENE COUNTY'S MOTION TO DISMISS WITH PREJUDICE

David Birch, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that:

1. I am a real estate broker licensed to provide brokerage services in the State of New York and was appointed by this Court as broker of record for Debtor in Possession.

2. This Declaration is submitted in opposition to the Motion to Dismiss with Prejudice by the Bank of Greene County ("Bank" or "TBOGC").

3. I am owner of Barns & Farms Realty LLC, with offices located at 518 Warren Street, Hudson, New York 12534 and I have been diligently working on selling all of Debtor's real estate since my appointment by your Honor.

4. In fact, I have been successful in procuring a sale of one of the Debtor's parcels for a substantial sum of money which yielded $244,893.00 for payment to the Bank. That lot was sold at market value and is just one of many parcels I have been marketing.

5. I truly believe that given a bit more time, I should be able to produce sales of the Debtor's other properties which will yield sufficient cash to pay TBOGC in full and leave significant equity for Debtor.

6. I have discussed with the Debtor and his professionals that an immediate reduction of the listing prices as follows should yield legitimate and prompt offers:

4914-2709-4964, v. 1

Parcel A (Lot 6) Reduce from 1.9 million to 1.4 million

Lot 2 Reduce from $499,000.00 to $399,000.00

Lot 3 Reduce from $109,000.00 to $99,000.00

Lot 5 Reduce from $65,000.00 to $55,000.00,

7.      I request that the Court not dismiss this case with prejudice because if I obtain an offer on these properties before the Bank forecloses, it would be in everyone's best interest to continue the statutory stay or permit the Debtor to refile a third case. I verily believe that a short forbearance by the Bank to permit me to sell these parcels during the summer selling season will yield the very best and quickest way to maximize the value of these parcels.

By:   _____

David Birch

Dated: June 11, 2026